ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLET
Assistant United States Attorney
Chief, Santa Ana Office
GREGORY W. STAPLES (CBN 155505)
Assistant United States Attorney
    411 W. Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3535
    Facsimile: (714) 338-3564
    E-mail: greg.staples@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. SA CR 07-191-CJC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO CONTINUE SENTENCING DATE FOR DEFENDANT SHAW |
| v. | ) | |
| GERALD M. SHAW and GREGORY DE LAVALETTE, | ) | |
| Defendants. | ) | |

    For good cause shown, IT IS HEREBY ORDERED that sentencing for defendant Gerald M. Shaw be continued to December 12, 2011, at 4:00 p.m.

November 8, 2011  _____
DATE                              HON. CORMAC J. CARNEY
                                  United States District Judge